1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSEPH K. LEVYA,

11            Plaintiff,                    No. CIV S-08-0076 LKK KJM P

12        vs.

13   LT. MORENO, et al.,

14            Defendants.              ORDER

15   _____/

16            Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant

17   to 42 U.S.C. § 1983.

18            By an order filed June 4, 2008, this court ordered plaintiff to complete and return

19   to the court, within thirty days, the USM-285 form and copies of his complaint which are

20   required to effect service for defendant Mandeville.  On July 16, 2008, plaintiff submitted the

21   complaint copies but submitted a completed USM-285 form for defendant Moreno.

22   /////

23   /////

24   /////

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send plaintiff one USM-285 form; and

3        2.  Within thirty days, plaintiff shall submit to the court the completed USM-285

4  form for defendant Mandeville required to effect service.  Failure to return the form within the

5  specified time period will result in a recommendation that this action be dismissed.

6  DATED:  August 7, 2008.

7                                                     _____
                                                      U.S. MAGISTRATE JUDGE
8

9  /mp
   leyv0076.8f

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26