IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH M. LEYVA,** | 2:08-cv-0076 LKK KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **LIEUTENANT MORENO, et al.,** | |
| Defendants. | |

Defendant's request for an extension of time to respond to Plaintiff's complaint (docket no. 12) was considered by this Court.

Good cause appearing, IT IS ORDERED that Defendant Mandeville has an extension of time to and including December 4, 2008, in which to respond to Plaintiff's complaint. The motion to dismiss filed on December 3, 2008, is deemed timely.

DATED: December 5, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1