EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Supervising Deputy Attorney General
WILLIAM J. DOUGLAS, State Bar No. 125079
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-5596
 Fax: (916) 324-5205
 E-mail: William.Douglas@doj.ca.gov
*Attorneys for Defendant Mandeville*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JOSEPH M. LEYVA,**<br><br>Plaintiff,<br><br>v.<br><br>**LIEUTENANT MORENO, et al.,**<br><br>Defendants. | Case No. 2:08-cv-0076 LKK KJM P<br><br>**ORDER** |

Defendant Mandeville's request to conduct Plaintiff Joseph M. Leyva's deposition via video-conference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video-conferencing equipment if it is not already available.

Dated: November 19, 2010.

_____
U.S. MAGISTRATE JUDGE

1